IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGINA JOAN GYURISKA, | : | CIVIL ACTION NO. **3:CV-14-1955** |
| Plaintiff | : | |
| v. | : | (Magistrate Judge Blewitt) |
| DUNMORE SCHOOL DISTRICT, et al., | : | |
| Defendants | : | |

FILED SCRANTON
OCT 16 2014
PER ___ DEPUTY CLERK

## ORDER

AND NOW, this 16th day of **October, 2014, IT IS HEREBY ORDERED THAT:**

1. Plaintiff is directed to file an Amended Complaint within **thirty (30) days** of the date of this Order as specified in the foregoing Memorandum.[9]

2. Plaintiff's Amended Complaint shall be filed to the same docket number as the instant action and shall be entitled "Amended Complaint."

3. Plaintiff's Amended Complaint shall be complete in all respects as specified above. It shall be a new pleading which stands by itself as an adequate complaint without reference to the complaint already filed. The amended complaint shall also be "simple, concise, and direct", as required by the Rules of Civil Procedure. Fed.R.Civ.P. 8(e)(1).

4. Failure of Plaintiff to timely file her Amended Complaint as directed will result in a

---

[9] Plaintiff states in her Complaint that she is proceeding as a *pro se* litigant until such time as she can retain counsel. (Doc. 1, 6). We are giving Plaintiff 30-days to file her Amended Complaint to provide her with ample time to try and retain counsel.

recommendation that her action be dismissed.

_____
**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: October 16, 2014